**Wilfred B. HARRIS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 2007–3230.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

### ORDER

Order Vacated, See 2008 WL 275863.

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Clarence R. DUNBAR, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 2008–3054.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

Clarence R. Dunbar, pro se.

### ORDER

Order Vacated, See 2008 WL 1753567.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Irving FLEISHER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 2008–3100.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

Irving Fleisher, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.